UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID BEDOYA | CIVIL ACTION |
| VERSUS | NUMBER: 17-5429 |
| LOUISIANA SUPREME COURT | SECTION: "A"(5) |

**O R D E R**

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Petitioner to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** the petition for writ of mandamus of Petitioner, David Bedoya, is dismissed with prejudice.

New Orleans, Louisiana, this 4th day of August, 2017.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE